No. 803. THOMAS P. KENNEY, AS ADMINISTRATOR, ETC., *v.* SUPREME LODGE OF THE WORLD, LOYAL ORDER OF MOOSE. April 28, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Illinois

granted.   *Mr. Griffith R. Harsh* for petitioner.   *Mr. E. J Henning* for respondent.